FILED'08 SEP 26 10:17 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANNY JAY ROMERO,

    Petitioner,

Civil No. 07-727-CL

v.

BRIAN BELLEQUE,

**ORDER**

    Respondent.

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner has filed objections. I have reviewed the Magistrate Judge's Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude that the Report and Recommendation is correct.

1 - ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#39) is adopted. The petition (#2) is denied. Petitioner's request for an evidentiary hearing is denied. This action is dismissed. All pending motions are denied as moot.

IT IS SO ORDERED.

DATED this 25 day of September, 2008.

_____
OWEN M. PANNER
United States District Judge

2 - ORDER